IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

FOREMOST INSURANCE COMPANY, GRAND
RAPIDS, MICHIGAN, as Subrogee of Marie Squires     PLAINTIFF

V.     CIVIL ACTION NO. 1:18-CV-163-SA-DAS

VIRGINIA F. GUY     DEFENDANT

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

**PRESENTLY BEFORE THE COURT** is the joint motion of the parties for an order dismissing this lawsuit and all claims with prejudice. The Court, have been advised that a satisfactory settlement of the lawsuit and of all claims has been reached, find that the joint motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this lawsuit and all claims be, and hereby are, **DISMISSED WITH PREJUDICE**, with each party to bear its/her own costs.

SO ORDERED AND ADJUDGED this 23rd day of September, 2019.

_____
**UNITED STATES DISTRICT COURT JUDGE**

AGREED AND APPROVED:

_____
**H. LEE FALLS**
*Attorney for Plaintiff*

_____
**DANA G. DEARMAN**
*Attorney for Defendant*